**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:

DURABLE WOODWORKS, INC.  CASE NO. 11-43632-BKC-RAM
 CHAPTER 7

Debtor(s)_____/

## SUMMARY OF FINAL FEE APPLICATION OF MARCUM, LLP ACCOUNTANT FOR CHAPTER 7 TRUSTEE

| | | |
|---|---|---|
| 1. | Name of applicant: | Marcum, LLP |
| 2. | Role of applicant: | Accountant for Trustee |
| 3. | Name of certifying professional: | John L. Heller |
| 4. | Date case filed: | December 7, 2011 |
| 5. | Date of application for employment: | December 15, 2011 |
| 6. | Date of order approving employment: | December 16, 2011 |
| 7. | If debtor's counsel, date of Disclosure of Compensation form: | N/A |
| 8. | Date of this application: | November 8, 2013 |
| 9. | Dates of services covered: | 09/26/12-11/04/13 |
| 10. | If Chapter 7, amount Trustee has on hand | $219,849.74 |

**Fees…**

| | | |
|---|---|---|
| 11. | Total fee requested for this period (from Exhibit 1): | $17,102.00 |
| 12. | Balance remaining in fee retainer account, not yet awarded: | $0.00 |
| 13. | Fees paid or advanced for this period, by other sources: | $0.00 |
| **14.** | **Net amount of fee requested for this period:** | **$17,102.00** |

**Expenses...**

| | | |
|---|---|---|
| 15. | Total expense reimbursement requested for this period: | $1,737.68 |
| 16. | Balance remaining in expense retainer account, not yet received: | $0.00 |
| 17. | Expenses paid or advanced for this period, by other sources: | $0.00 |
| **18.** | **Net amount of expense reimbursements requested for this period:** | **$1,737.68** |
| 19. | Gross award requested for this period (#11 + #15): | $18,839.68 |
| **20.** | **Net award requested for this period (#14 + #18):** | **$18,839.68** |
| 21. | If <u>Final</u> Fee Application, amounts of net awards requested in interim applications but <u>not previously awarded</u> (total from History of Fees and Expenses, following pages): | $8,246.50 |
| **22.** | **Total fee and expense award requested  (#20 + 21):** | **$27,086.18** |

**History of Fees and Expenses**

First Interim Fee Application
1. Dates, sources, and amounts of retainers received: ..............................................................N/A
2. Dates, sources, and amounts of third party payments received:............................................ N/A
3. Interim Fee Application dates of service:.................................................... 12/16/11 – 03/31/12
4. Date of first award: ................................................................................................... 04/30/2012
5. Fees requested from Interim Fee Application: .........................................................$26,695.00
6. Fees awarded: ........................................................................................................... $21,356.00
7. Holdback: ...................................................................................................................$5,339.00
8. Expenses requested from Interim Fee Application: ...................................................$1,694.05
9. Expenses awarded:...................................................................................................... $1,694.05
10. Holdback: .........................................................................................................................$0.00
11. Amount of fees actually paid: .................................................................................$21,356.00
12. Amount of expenses actually paid: ...........................................................................$1,694.05

Second Interim Fee Application
1. Dates, sources, and amounts of retainers received: ..............................................................N/A
2. Dates, sources, and amounts of third party payments received:............................................ N/A
3. Interim Fee Application dates of service:...........................................03/31/2012 – 09/15/2012
4. Date of second award:..................................................................................................... 10/29/12
5. Fees requested from Interim Fee Application: .........................................................$14,537.50
6. Fees awarded: ........................................................................................................... $11,630.00
7. Holdback: ...................................................................................................................$2,907.50
8. Expenses requested from Interim Fee Application: ...................................................$1,594.86
9. Expenses awarded:...................................................................................................... $1,594.86
10. Holdback: .........................................................................................................................$0.00
11. Amount of fees actually paid: .................................................................................$11,630.00
12. Amount of expenses actually paid: ...........................................................................$1,594.86

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:

DURABLE WOODWORKS, INC.                    CASE NO. 11-43632-BKC-RAM
                                           CHAPTER 7

Debtor(s)_____/


**FINAL FEE APPLICATION OF MARCUM, LLP**
**ACCOUNTANT FOR CHAPTER 7 TRUSTEE**

COMES NOW John L. Heller, Senior Manager of Marcum, LLP, and files this Application for Final Compensation of fees for services rendered and costs incurred in this Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines Exhibit "1" (a) and (b) – The applicant's Summary of Professional and Paraprofessional time, Exhibit "2" – The Applicants summary of requested reimbursement of expenses and Exhibit "3" – The Applicants complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The Applicant believes that the requested fee, of **$17,102.00** for 66.4 hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

1.      Marcum, LLP was appointed to represent Jacqueline Calderin, Chapter 7 Trustee, in connection with this case pursuant to an order entered by this Court on December 16, 2011. The services rendered on behalf of the Trustee have been performed by John L. Heller and Cheryl A. Rawson, Senior Managers; Kathy Foster, Manager; Jonathan Charles Eargle, Staff Accoutant; Lisa R. Owens and Lupe Arce-Solorzano, Associates.

2. The Applicant makes this Application for final compensation for professional services rendered in accordance with the above-mentioned employment. This application covers fees for services performed from June 19, 2012. All services for which compensation is requested were performed for the benefit of the Debtor Estate.

3. No compensation has been or will be shared with any person or party, other than among partners and regular associates of the Applicant. No agreement or understanding exists between Applicant and any other person for the sharing of compensation received or to be received for services rendered or in connection with this case.

## CASE STATUS

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on December 7, 2011. Jacqueline Calderin was appointed as Chapter 7 Trustee. Since the inception of the case, the Applicant has assisted the Trustee with preference and fraudulent transfer matters and tax issues.

4. <u>Amount Involved and the Result Obtained.</u> While performing his duties, Applicant has been involved in numerous aspects of this case. In particular the Applicant has rendered accounting and advisory services to the Trustee in the following categories.

<u>Accounting & Audit</u>

The Applicant spent 0.7 hours for fees of $213.50 in analyzing Debtor records.

<u>Claims Analysis/Administration</u>

Applicant spent 4.0 hours for fees of $1,220.00 in reviewing outstanding claims to assess potential creditor distribution.

<u>Fee Application</u>

Applicant spent 13.4 hours for fees of $2,667.00 in preparation of the second interim and final fee applications and preparation and attending interim fee hearing.

Litigation Consulting

Applicant spent 20.8 hours for fees of $6,393.00 in continued preference analyses and litigation assistance with Trustee and Trustee's Counsil.

Tax Issues

Applicant spent 27.5 hours for fees of $6,608.50 in preparation of the 2012 & final 2013 Form 1120S tax returns.

5.  Time and Labor Required.  The actual time records maintained by each principal, associate, senior and staff accountant, and/or paraprofessional performing services for the Trustee fully document the 66.4 hours expended by the Applicant in performing the professional services on behalf of the Trustee on this matter through November 4, 2013.  These time records do not reflect every hour expended in matters such as telephone calls, routine correspondence, brief conferences and responses to taxing authorities and creditors requesting information concerning the status of these proceedings.  The time records do reflect the majority of the time expended in performing the services rendered to the estate.  A summary of the time reports is attached hereto as **EXHIBIT 1A**.

6.  Skill Requisite to Perform the Accounting Services Properly.  To perform the services and obtain the results previously enumerated above; the Applicant required substantial tax skills, accounting skills, and experience in the bankruptcy arena.

7.  Preclusion of Other Employment by the Accountants Due to Acceptance of the Case.  Applicant is aware of no other employment, which was precluded by the acceptance of this case. Had Applicant not accepted this appointment, the time spent on this case would have been devoted to other clients paying substantially the same hourly compensation on a current basis.

8.  Customary Fee.  Applicant is normally compensated on an hourly basis and customarily bills commercial clients on a monthly basis, based on hourly rates scaled from $65 per hour for paraprofessionals to $400 per hour for partners.

9.      <u>Whether the Fee is Fixed or Contingent</u>.  As accountant for the Trustee, Applicant's compensation for handling this matter is entirely contingent on Court approval and subject to such award as this Court may allow.

10.     <u>Experience, Reputation and Ability of the Accountant</u>.  Applicant is an established, experienced firm well known to this Court.  Applicant enjoys an excellent reputation and the individual accountants assigned to this case have demonstrated substantial ability and skill in the fields of accounting, forensic investigation, internal control, and taxation.

11.     <u>Nature and Length of the Professional Relationship with the Client</u>.  The Applicant has represented the Trustee in both Chapter 7 & 11 cases since 1992.

12.     <u>Awards in Similar Cases</u>.  The amount prayed for by Applicant is not unreasonable in terms of awards in similar cases where comparable results have been obtained through the diligence and skill of the accountants.  The fees requested by the Applicant, computed at the rates indicated in **Exhibit 1**, comport with the economic spirit of the Bankruptcy Code.

13.     Applicant respectfully represents that the reasonable value of services rendered to the estate through November 4, 2013 taking into account the relevant factors summarized above, including without limitation the hours of recorded time expended, is not less than **$17,102.00** and reasonable costs of **$1,737.68.**

**WHEREFORE**, the Applicant moves the court for an award of compensation for services rendered as accountant to the Trustee for the period of time from June 19, 2012 through November 4, 2013, in the amount of **$17,102.00** and costs in the amount of **$1,737.68**, plus holdbacks in the amount of **$8,246.50** and further that the Court authorize the prompt payment of the total fees and costs of **$27,086.18** to Applicant upon entry of an appropriate Order.

## Certification

1. I have been designated by <u>Marcum, LLP.</u> (The "Applicant") as the professional with responsibility in this case for compliance with The current Mandatory Guidelines On Fees And Disbursements For Professionals In The Southern District of Florida Bankruptcy Cases (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3. To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certification and described in the Application.

5. Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6. In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Guidelines for photocopies and facsimile transmission).

7. In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8. In seeking reimbursement for a service, which the Applicant justifiably purchased or contracted for, from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9. The trustee (if any), the examiner (if any), the chairperson of each official committee (if any), the debtor, the U.S. Trustee, and their respective counsel, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10. The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure:  NONE

I HEREBY CERTIFY that the foregoing is true and correct.

|  |  |
|---|---|
|  | /s/ John L. Heller |
| Dated:   December 10, 2013 | JOHN L. HELLER |
|  | Marcum, LLP |
|  | 450 E Las Olas Blvd. 9th Floor |
|  | Fort Lauderdale, FL 33301 |
|  | (954) 320-8154 |

**11-43632-RAM Notice will be electronically mailed to:**

Robert C. Arnold, Esq. on behalf of Debtor Durable Woodworks, LLC
bob@thevictorialawgroup.com, bankruptcy@thevictorialawgroup.com

Jacqueline Calderin
calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;nsocorro@ecclegal.com

Jacqueline Calderin on behalf of Trustee Jacqueline Calderin
calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;nsocorro@ecclegal.com

Robert P. Charbonneau, Esq. on behalf of Trustee Jacqueline Calderin
rpc@ecccounsel.com,
nsocorro@ecclegal.com;ecala@ecclegal.com;bankruptcy@ecclegal.com;jbetancourt@ecclegal.com

Carlos L De Zayas, Esq on behalf of Defendant Imeca Lumber and Hardware
cdz@lydeckerdiaz.com, jfalcon@lydeckerdiaz.com

Elan A Gershoni on behalf of Plaintiff Jacqueline Calderin
EGershoni@ecclegal.com,
ecala@ecclegal.com;nsocorro@ecclegal.com;bankruptcy@ecclegal.com;jbetancourt@ecclegal.com

Elan A Gershoni on behalf of Trustee Jacqueline Calderin
EGershoni@ecclegal.com,
ecala@ecclegal.com;nsocorro@ecclegal.com;bankruptcy@ecclegal.com;jbetancourt@ecclegal.com

Joan M Levit, Esq on behalf of Creditor Dade Paper & Bag Co.
joan.levit@akerman.com, charlene.cerda@akerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Penelope B. Perez-Kelly on behalf of Creditor TCF Equipment Finance, Inc.
pbp@mcclanepa.com

David R Rothenstein on behalf of Trustee Jacqueline Calderin
drr@ecclegal.com,
nsocorro@ecclegal.com;ecala@ecclegal.com;bankruptcy@ecclegal.com;jbetancourt@ecclegal.com;parboleda@ecclegal.com

Martin L Sandler, Esq on behalf of Defendant American Express
martin@sandler-sandler.com

Jeffrey N Schatzman on behalf of Creditor The Sherwin-Williams Company
notices@schatzmanlaw.com, jnspleadings@ecf.inforuptcy.com

Michael A Tessitore on behalf of Creditor TCF Equipment Finance, Inc.
mtessitore@morankidd.com, dak@mcclanepa.com

**11-43632-RAM Notice will not be electronically mailed to:**

Jesus A Carames
16841 SW 147 Ct
Miami, FL 33187

Miami-Dade County Tax Collector
( April Burch)
Paralegal Unit
140 W. Flagler St. #1403
Miami, FL 33130-1569

Michael Moecker
c o Moecker Auctions, Inc
3613 North 29th Ave
Hollywood, FL 33020

**EXHIBIT 1A**

**Summary of Professional And
Paraprofessional Time**

**Professionals**

| Name: | Yrs. Exp Insolvency | Yrs. Exp Accounting | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|---|
| John L. Heller | 18 | 18 | 34.0 | 305.00 | 10,370.00 |
| John L. Heller | 18 | 18 | 5.4 | 340.00 | 1,836.00 |
| Lisa Owens | 5 | 5 | 3.3 | 130.00 | 429.00 |
| Lupe Arce-Solorzano | 1 | 10 | 5.0 | 105.00 | 525.00 |
| Cheryl A. Rawson | 2 | 20 | 0.6 | 265.00 | 159.00 |
| Jonathan Charles Eargle | 1 | 1 | 6.4 | 145.00 | 928.00 |
| Kathy A. Foster | 20 | 25 | 11.3 | 250.00 | 2,825.00 |
| **Subtotals:** | | | **66.0** | | **$ 17,072.00** |

**Paraprofessionals:
Name:**

| | | | | | |
|---|---|---|---|---|---|
| Janice Murray | | | 0.4 | 75.00 | 30.00 |
| **Subtotals:** | | | **0.4** | | **$ 30.00** |
| **TOTALS:** | | | **66.4** | | **17,102.0** |

**Total Hours by Professionals and Paraprofessionals:** 66.40

**"Blended" Hourly Rate:** $ 257.56

**Total Professionals and Paraprofessionals Fees:** $ 17,102.00

**EXHIBIT 1B**

**Summary of Professional And
Paraprofessional Time By
Activity Code Category**

### ACTIVITY CODE CATEGORY:  Accounting & Audit

| | Hours | Rate | Total Fee |
|---|---|---|---|
| **Professionals:** | | | |
| John L. Heller | 0.7 | 305.00 | 213.50 |
| **MATTER TOTALS:** | **0.7** | | **$ 213.50** |

### ACTIVITY CODE CATEGORY:  Claims Analysis/Administration

| | Hours | Rate | Total Fee |
|---|---|---|---|
| **Professionals:** | | | |
| John L. Heller | 4.0 | 305.00 | 1,220.00 |
| **MATTER TOTALS:** | **4.0** | | **$ 1,220.00** |

### ACTIVITY CODE CATEGORY:  Fee Applications

| | Hours | Rate | Total Fee |
|---|---|---|---|
| **Professionals:** | | | |
| John L. Heller | 5.4 | 305.00 | 1,647.00 |
| John L. Heller | 0.5 | 340.00 | 170.00 |
| Lisa Owens | 2.5 | 130.00 | 325.00 |
| Lupe Arce-Solorzano | 5.0 | 105.00 | 525.00 |
| **MATTER TOTALS:** | **13.4** | | **$ 2,667.00** |

### ACTIVITY CODE CATEGORY:  Litigation Consulting

| | Hours | Rate | Total Fee |
|---|---|---|---|
| **Professionals:** | | | |
| John L. Heller | 19.4 | 305.00 | 5,917.00 |
| John L. Heller | 1.4 | 340.00 | 476.00 |
| **MATTER TOTALS:** | **20.8** | | **$ 6,393.00** |

### ACTIVITY CODE CATEGORY:  Tax Issues

| | Hours | Rate | Total Fee |
|---|---|---|---|
| **Professionals:** | | | |
| Cheryl A. Rawson | 0.6 | 265.00 | 159.00 |
| John L. Heller | 4.5 | 305.00 | 1,372.50 |
| John L. Heller | 3.5 | 340.00 | 1,190.00 |
| Jonathan Charles Eargle | 6.4 | 145.00 | 928.00 |
| Kathy A. Foster | 11.3 | 250.00 | 2,825.00 |
| Lisa Owens | 0.8 | 130.00 | 104.00 |
| **Paraprofessionals:** | | | |
| Janice Murray | 0.4 | 75.00 | 30.00 |
| **MATTER TOTALS:** | **27.5** | | **$ 6,608.50** |
| **TOTAL HOUR AND FEES** | **66.4** | | **$ 17,102.00** |

**EXHIBIT 2**

**Summary of Requested Reimbursement of Expenses
And Disbursements Prepared In Accordance With,
And Allowable Under The Guidelines For Fees And
Disbursements for Professionals**

| | |
|---|---:|
| Delivery | 91.38 |
| Administrative & Technology | 1.30 |
| Storage | 1,645.00 |
| **TOTAL GROSS AMOUNT OF REQUESTED DISBURSEMENTS:** | **$ 1,737.68** |

**EXHIBIT 3**

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Staff | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Accounting & Audit | Heller | 08/29/13 | 0.7 | 305.00 | 213.50 | Administer Debtor records. |
| | | | **0.7** | | **213.50** | |
| Claims Analysis/Administration | Heller | 01/24/13 | 2.2 | 305.00 | 671.00 | Initial review of outstanding claims to assess potential creditor distribution. |
| Claims Analysis/Administration | Heller | 02/07/13 | 1.8 | 305.00 | 549.00 | Continue to review claims |
| | | | **4.0** | | **1,220.00** | |
| Fee Applications | Owens | 09/26/12 | 2.5 | 130.00 | 325.00 | Prepare second interim fee application and exhibits. |
| Fee Applications | Heller | 10/01/12 | 0.3 | 305.00 | 91.50 | Manager review of interim fee app. |
| Fee Applications | Heller | 10/05/12 | 0.8 | 305.00 | 244.00 | Review Marcum 2nd interim fee app. |
| Fee Applications | Heller | 10/08/12 | 0.6 | 305.00 | 183.00 | Follow-up on fee app and noting of hearing. |
| Fee Applications | Heller | 10/23/12 | 0.5 | 305.00 | 152.50 | Correspond with Trustee and Counsel regarding case status and upcoming fee app. |
| Fee Applications | Heller | 10/25/12 | 0.4 | 305.00 | 122.00 | Prepare and circulate proposed interim fee award order. |
| Fee Applications | Heller | 10/25/12 | 2.3 | 305.00 | 701.50 | Prepare for and attend Marcum interim fee hearing. |
| Fee Applications | Heller | 10/29/12 | 0.5 | 305.00 | 152.50 | Direct serving of Fee Order and file Certificate of Service regarding same. |
| Fee Applications | Arce-Solorzano | 11/01/13 | 5.0 | 105.00 | 525.00 | Preparation of Final Fee Application and Exhibits thereto. |
| Fee Applications | Heller | 11/04/05 | 0.5 | 340.00 | 170.00 | Review Final Fee Application. |
| | | | **13.4** | | **2,667.00** | |
| Litigation Consulting | Heller | 10/12/12 | 0.6 | 305.00 | 183.00 | Review case status and Chapter 5 target status with David Arbeit. |
| Litigation Consulting | Heller | 12/04/12 | 1.6 | 305.00 | 488.00 | Prepare for and review status of accounting work and potential adversaries with Barry Mukamal. |
| Litigation Consulting | Heller | 12/12/12 | 0.4 | 305.00 | 122.00 | Continue to review case status and updated pleadings. |
| Litigation Consulting | Heller | 01/09/13 | 0.9 | 305.00 | 274.50 | Review case status and recent pleadings |
| Litigation Consulting | Heller | 01/25/13 | 2.2 | 305.00 | 671.00 | Correspond with Trustee and Counsel and follow-up regarding case and potential adversary target status and planning. |
| Litigation Consulting | Heller | 02/21/13 | 1.3 | 305.00 | 396.50 | Per Counsel, begin reviewing preference support |
| Litigation Consulting | Heller | 02/22/13 | 3.3 | 305.00 | 1,006.50 | Review potential preference actions and documentation and correspond with Counsel regarding same. |
| Litigation Consulting | Heller | 02/28/13 | 2.3 | 305.00 | 701.50 | Provide updated preference target analyses and documentation to Counsel for adversary preparation |
| Litigation Consulting | Heller | 03/13/13 | 0.5 | 305.00 | 152.50 | Continue to follow-up on preference adversaries and claims. |
| Litigation Consulting | Heller | 03/25/13 | 0.2 | 305.00 | 61.00 | Continue to review case and preference adversary status. |
| Litigation Consulting | Heller | 04/10/13 | 0.6 | 305.00 | 183.00 | Follow-up with Counsel regarding case status |
| Litigation Consulting | Heller | 04/11/13 | 1.8 | 305.00 | 549.00 | Per request of Counsel, begin search for Boise Cascade vendor records. |
| Litigation Consulting | Heller | 04/12/13 | 2.5 | 305.00 | 762.50 | Continue to review Debtor records for Boise Cascade vendor file per Counsel request. |
| Litigation Consulting | Heller | 05/06/13 | 0.5 | 305.00 | 152.50 | Monthly review case and litigation status. |
| Litigation Consulting | Heller | 06/04/13 | 0.3 | 305.00 | 91.50 | Review case and litigation status with Trustee staff. |
| Litigation Consulting | Heller | 07/29/13 | 0.4 | 305.00 | 122.00 | Respond to Trustee inquiry regarding §548 and insider analyses. |
| Litigation Consulting | Heller | 10/03/13 | 0.9 | 340.00 | 306.00 | Case and litigation status and planning with trustee staff. |
| Litigation Consulting | Heller | 10/10/13 | 0.5 | 340.00 | 170.00 | Continue case planning wind down with Trustee and staff |
| | | | **20.8** | | **6,393.00** | |

**EXHIBIT 3**

**The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.**

| Category | Timekeeper | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Tax Issues | Owens | 10/30/12 | 0.2 | 130.00 | 26.00 | Transfer tax returns and workpapers from GoFileRoom to client file. |
| Tax Issues | Heller | 01/22/13 | 1.4 | 305.00 | 427.00 | Begin planning 2012 tax return preparation. |
| Tax Issues | Heller | 01/23/13 | 1.7 | 305.00 | 518.50 | Conversation with Trustee begin planning 2012 income tax return preparation. |
| Tax Issues | Foster | 01/28/13 | 0.1 | 250.00 | 25.00 | Review and save Forms 1 & 2 from client and note on control |
| Tax Issues | Owens | 03/05/13 | 0.6 | 130.00 | 78.00 | Prepare extensions for 2012 Form 1120S and Form F-1120S. |
| Tax Issues | Heller | 05/31/13 | 0.3 | 305.00 | 91.50 | Review and execute response to IRS |
| Tax Issues | Foster | 07/15/13 | 1.4 | 250.00 | 350.00 | Gather 2012 data and code for posting to books for tax preparation |
| Tax Issues | Foster | 07/16/13 | 2.9 | 250.00 | 725.00 | Post 2012 books and adjust, for tax return preparation |
| Tax Issues | Foster | 07/17/13 | 1.4 | 250.00 | 350.00 | Prepare 2012 supplemental statement |
| Tax Issues | Foster | 08/13/13 | 0.5 | 250.00 | 125.00 | Assist JE in the preparation of 2012 tax return |
| Tax Issues | Eargle | 08/13/13 | 3.2 | 145.00 | 464.00 | Preparation of 2012 Income Tax Return |
| Tax Issues | Foster | 08/14/13 | 0.4 | 250.00 | 100.00 | Final 2012 return review and adjust; to CR for 2nd review |
| Tax Issues | Rawson | 08/15/13 | 0.3 | 265.00 | 79.50 | Review tax return |
| Tax Issues | Murray | 08/16/13 | 0.2 | 75.00 | 15.00 | Collation of 2012 1120S Tax Return |
| Tax Issues | Heller | 08/16/13 | 0.6 | 305.00 | 183.00 | Manager review of 12/31/2012 US Corporation Income Tax Return (Form 1120S) along with supplemental statement and applicable requests for prompt determination of tax liability under §505(b). |
| Tax Issues | Heller | 08/19/13 | 0.5 | 305.00 | 152.50 | Execution and final review of 12/31/2012 US Corporation Income Tax Return (1120S) along with applicable requests for prompt determination of tax liability under §505(b). |
| Tax Issues | Heller | 10/09/13 | 0.5 | 340.00 | 170.00 | Review incoming IRS correspondence and set for research. |
| Tax Issues | Heller | 11/01/13 | 1.0 | 340.00 | 340.00 | Prospective: planning of final 2013 tax return preparation. |
| Tax Issues | Heller | 11/01/13 | 1.0 | 340.00 | 340.00 | Prospective: meeting with Trustee begin planning final 2013 income tax return preparation. |
| Tax Issues | Foster | 11/01/13 | 1.4 | 250.00 | 350.00 | Prospective: gathering of 2013 data and code for posting to books for tax preparation |
| Tax Issues | Foster | 11/01/13 | 2.0 | 250.00 | 500.00 | Prospective: Post 2013 books and adjust, for tax return preparation |
| Tax Issues | Foster | 11/01/13 | 1.2 | 250.00 | 300.00 | Prospective: preparation of final 2013 supplemental statement |
| Tax Issues | Eargle | 11/01/13 | 3.2 | 145.00 | 464.00 | Prospective: preparation of final 2013 Income Tax Return |
| Tax Issues | Rawson | 11/01/13 | 0.3 | 265.00 | 79.50 | Prospective: review of final 2013 tax return |
| Tax Issues | Murray | 11/01/13 | 0.2 | 75.00 | 15.00 | Prospective: collation of final 2013 1120S Tax Return |
| Tax Issues | Heller | 11/01/13 | 0.5 | 340.00 | 170.00 | Prospective: Manager review of final 2013 US Corporation Income Tax Return (Form 1120S) along with supplemental statement and applicable requests for prompt determination of tax liability under §505(b). |
| Tax Issues | Heller | 11/01/13 | 0.5 | 340.00 | 170.00 | Prospective: execution and final review of final 2013 US Corporation Income Tax Return (1120S) along with applicable requests for prompt determination of tax liability under §505(b). |
| | | | **27.5** | | **6,608.50** | |
| **Total Hours and Fees:** | | | **66.4** | | **17,102.00** | |
| Storage | | 06/19/12 | | | 74.25 | Storage Charges for June 2012 (99 boxes) |
| Computer | | 10/02/12 | | | 1.30 | Pacer charges for August 2012 |
| Storage | | 10/15/12 | | | 74.25 | Storage charges for October 2012 (99 boxes) |

**EXHIBIT 3**

**The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.**

| | | | | |
|---|---|---|---|---|
| Storage | 11/15/12 | | 74.25 | Storage Charges for November 2012 (99 boxes) |
| Storage | 12/27/12 | | 74.25 | Storage charges for December 2012 (99 boxes) |
| Storage | 01/08/13 | | 74.25 | Storage Charges for January 2013 (99 boxes) |
| Storage | 02/28/13 | | 74.25 | Storage charges for Feb 2013 (99 boxes) |
| Storage | 03/07/13 | | 74.25 | Storage Charges for March 2013 (99 boxes) |
| Delivery | 04/19/13 | | 91.38 | LH-4/12/2013-Went to Marcum FTL warehouse picked up boxes delivered to Marcum FTL office |
| Storage | 07/09/13 | | 74.25 | Storage Charges for April 2013 (99 boxes) |
| Storage | 07/09/13 | | 74.25 | Storage Charges for May 2013 (99 boxes) |
| Storage | 07/11/13 | | 74.25 | Storage For June 2013 (99 boxes) |
| Storage | 07/15/13 | | 74.25 | Storage for July 2013 (99 Boxes) |
| Storage | 08/14/13 | | 74.25 | Storage for August 2013 (99 boxes) |
| Storage | 09/16/13 | | 74.25 | Storage charges for Sept. 2013 (99 boxes) |
| Storage | 10/14/13 | | 74.25 | Storage Charges for October 2013 (99 boxes) |
| Storage | 11/15/13 | | 74.25 | Storage Charges for November 2013 (99 boxes) |
| Storage | 12/01/13 | | 74.25 | Storage Charges for December 2013 (99 boxes) |
| Storage | 12/01/13 | | 74.25 | Storage Charges for January 2014 (99 boxes) |
| Storage | 12/01/13 | | 74.25 | Storage Charges for February 2014 (99 boxes) |
| Storage | 12/01/13 | | 74.25 | Storage Charges for March 2014 (99 boxes) |
| Storage | 12/02/13 | | 74.25 | Storage Charges for April 2014 (99 boxes) |
| Delivery | 11/04/13 | | 160.00 | Prospective: Destroy Debtor records |
| | | | **1,737.68** | |

**TOTAL FEES AND EXPENSES:** **18,839.68**