# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
Durable Woodworks, Llc                          §          Case No. 11-43632-RAM
                                                §
                              Debtor(s)          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

                 Funds were disbursed in the following amounts:

                 Payments made under an interim
                 disbursement
                 Administrative expenses
                 Bank service fees
                 Other payments to creditors
                 Non-estate funds paid to 3rd Parties
                 Exemptions paid to the debtor
                 Other payments to the debtor

                 Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $                . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $                , for a total compensation of $            [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $            , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Jacqueline Calderin, Trustee _____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-43632 | RAM | Judge: | Robert A Mark | | Trustee Name: | Jacqueline Calderin, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Durable Woodworks, Llc | | | | | Date Filed (f) or Converted (c): | 12/07/2011 (f) |
| | | | | | | 341(a) Meeting Date: | 01/17/2012 |
| For Period Ending: | 05/02/2014 | | | | | Claims Bar Date: | 04/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checking Account At Bank United Account #S Ending In 6641 Ad | 700.00 | 0.00 | | 0.00 | FA |
| 2.  Void (u) | Unknown | N/A | | 0.00 | FA |
| 3.  Chevrolet Express | 1.00 | 1,500.00 | | 1,500.00 | FA |
| 4.  2004 Dodge Neon | 3,000.00 | 1,850.00 | | 1,850.00 | FA |
| 5.  Isuzu Diesel Truck | 1.00 | 9,000.00 | | 9,000.00 | FA |
| 6.  Computers, Printers, Furnishings, Software And Supplies | 1,800.00 | 2,500.00 | | 2,500.00 | FA |
| 7.  Machinery: Grinder, Balers, Molder, Stopsaw, Conveyor Sander | 135,000.00 | 711,879.19 | | 711,879.19 | FA |
| 8.  Wells Fargo Bank Account Ending 30146 (u) | 0.00 | 10,344.65 | | 10,344.65 | FA |
| 9.  Wells Fargo Bank Account Ending 30147 (u) | 0.00 | 100.00 | | 100.00 | FA |
| 10.  Customer redemptions pursuant to Court Order 49 (u) | 0.00 | 14,035.33 | | 14,035.33 | FA |
| 11.  petty cash  (u) | 0.00 | 8.88 | | 8.88 | FA |
| 12.  Preference Demands on Accounts Payable (u) | Unknown | 56,692.37 | | 56,692.37 | FA |
| 13.  2323 NW 72nd Ave, Miami, Florida 33122 | 1.00 | 0.00 | | 0.00 | FA |
| 14.  Estate Remnants | 0.00 | 1,000.00 | | 1,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 123.28 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $140,503.00 | $808,910.42 | | $809,033.70 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Efforts have been focused on prosecuting and recovering preferential payments. Seven preference actions have been initiated.  One of those actions has been dismissed, four are in final settlement phases, and final default judgment has been entered on two. Marcum retained as accountant.

Exhibit A

RE PROP #    3    --    sold with asset #7 for $1,500

RE PROP #    4    --    sold with asset 7 for $1,850

RE PROP #    5    --    sold with asset 7 for %9,000

RE PROP #    6    --    (Sold at auction in various lots and included in asset #7)

RE PROP #    7    --    also includes assets #3,4,5, and 6

RE PROP #    14    --    All remaining disclosed and undisclosed assets as defined in ECF 209 and approved by
ECF 218.

Sale of this asset includes both the $8,928.10 judgment against Southeast Abrasives
and residual assets.

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2014

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-43632

Case Name: Durable Woodworks, Llc

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7424

Checking

Exhibit B

Taxpayer ID No: XX-XXX6929

For Period Ending: 05/02/2014

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/13 | | Transfer from Acct # xxxxxx3537 | Transfer of Funds | 9999-000 | $67,625.26 | | $67,625.26 |
| 02/01/13 | | Transfer from Acct # xxxxxx7296 | Transfer of Funds | 9999-000 | $155,554.16 | | $223,179.42 |
| 03/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $299.61 | $222,879.81 |
| 04/24/13 | | U.S. Bankruptcy Court Southern District of Florida | Adversary Complaint Fee ECF # 170 - Sherwin Williams Co. | 2700-000 | | $293.00 | $222,586.81 |
| 04/24/13 | | U.S. Bankruptcy Court Southern District of Florida | Adversary Complaint Fee ECF # 171 - Britt Laminate, Inc. | 2700-000 | | $293.00 | $222,293.81 |
| 04/24/13 | | U.S. Bankruptcy Court Southern District of Florida | Adversary Complaint Fee ECF # 172 - Imeca Lumber and Hardware | 2700-000 | | $293.00 | $222,000.81 |
| 04/24/13 | | U.S. Bankruptcy Court Southern District of Florida | Adversary Complaint Fee ECF # 173 - American Express | 2700-000 | | $293.00 | $221,707.81 |
| 04/24/13 | | U.S. Bankruptcy Court Southern District of Florida | Adversary Complaint Fee ECF # 174 - Boise Cascade Building Materials Distributions LLC | 2700-000 | | $293.00 | $221,414.81 |
| 04/24/13 | | U.S. Bankruptcy Court Southern District of Florida | Adversary Complaint Fee Southeast Abrasives Company, LLC | 2700-000 | | $293.00 | $221,121.81 |
| 04/24/13 | | U.S. Bankruptcy Court Southern District of Florida | Adversary Complaint Fee ECF # 176 - Dixie Plywood Co. | 2700-000 | | $293.00 | $220,828.81 |
| 04/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $331.61 | $220,497.20 |
| 05/28/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $319.80 | $220,177.40 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $327.66 | $219,849.74 |

Page Subtotals: $223,179.42 $3,329.68

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-43632

Case Name: Durable Woodworks, Llc

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7424

Checking

Exhibit B

Taxpayer ID No: XX-XXX6929

For Period Ending: 05/02/2014

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/12/13 | 10001 | Ehrenstein Charbonneau Calderin 501 Brickell Key Drive Suite 300 Miami, Florida 33131 | Third Interim Fee Application 80% of fees requested per Court Order ECF # 181 | 3110-000 | | $10,486.80 | $209,362.94 |
| 07/12/13 | 10002 | Ehrenstein Charbonneau Calderin 501 Brickell Key Drive Suite 300 Miami, Florida 33131 | Third Interim Fee Application 100% of expenses requested per Court Order ECF # 181. | 3120-000 | | $765.35 | $208,597.59 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $316.60 | $208,280.99 |
| 08/21/13 | 12 | Boisce Cascade Company PO Box 50 Boise, ID 83728-0001 | Settlement Funds ECF # 174 | 1241-000 | $6,250.00 | | $214,530.99 |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $322.34 | $214,208.65 |
| 09/06/13 | 12 | Sherwin-Williams Accounts Payable Dept. PO Box 6870 Cleveland, Ohio 44101 | Settlement Funds ECF # 189 | 1241-000 | $2,500.00 | | $216,708.65 |
| 09/18/13 | 12 | Britt Laminate Inc 3695 NW 74th Street Miami, Florida 33147 | Settlement Funds ECF # 171 | 1241-000 | $5,500.00 | | $222,208.65 |
| 09/24/13 | 12 | Durable Woodworks, LLC | Settlement Funds Remitter Correction:  Dixie Plywood (Cashier's check) ECF# 176 | 1249-000 | $3,000.00 | | $225,208.65 |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $312.47 | $224,896.18 |
| 10/02/13 | 12 | TMC Import & Export d/b/a Imeca Lumber and Hardware | Settlement Funds ECF # 172 | 1241-000 | $9,000.00 | | $233,896.18 |
| 10/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $313.10 | $233,583.08 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:  $26,250.00   $12,516.66

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-43632

Case Name: Durable Woodworks, Llc

Taxpayer ID No: XX-XXX6929

For Period Ending: 05/02/2014

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX7424

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/13 | 14 | Oak Point Partners | Sale of property per ECF 218 | 1129-000 | $1,000.00 | | $234,583.08 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $346.67 | $234,236.41 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $250,429.42 | $16,193.01 |
| Less: Bank Transfers/CD's | $223,179.42 | $0.00 |
| Subtotal | $27,250.00 | $16,193.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27,250.00 | $16,193.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:                     $1,000.00          $346.67

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-43632

Case Name: Durable Woodworks, Llc

Taxpayer ID No: XX-XXX6929

For Period Ending: 05/02/2014

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Capital One Bank

Account Number/CD#: XXXXXX7296

Money Market Account

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/12 | 9 | Wells Fargo Bank 350 SW Jefferson Street, DP 5 Portland, OR 97201 | Funds from Bank Account(s) | 1229-000 | $100.00 | | $100.00 |
| 01/27/12 | 8 | Wells Fargo Bank 350 SW Jefferson Street, DP5 Portland, OR 97201 | Funds from Bank Account(s) | 1229-000 | $10,344.65 | | $10,444.65 |
| 02/06/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $0.17 | | $10,444.82 |
| 02/16/12 | 10 | Sandra Tejera 8935 NW 164 St Miami Lakes FL 33018 | customer redemption ECF 49 | 1229-000 | $50.00 | | $10,494.82 |
| 02/16/12 | 10 | Fernando Rodriguez 9725 NW 52 St #313 Doral FL 33178 | customer redemption ECF 49 | 1229-000 | $50.00 | | $10,544.82 |
| 02/16/12 | 10 | Jimmy Mitchell 5200 SW 72 Ave Miami FL 33155 | customer redemption ECF 49 | 1229-000 | $1,000.00 | | $11,544.82 |
| 02/16/12 | 10 | Jimmy Mitchel 5200 SW 72 Ave Miami FL 33155 | customer redemption ECF 49 | 1229-000 | $520.00 | | $12,064.82 |
| 02/16/12 | 10 | Jimmy Mitchell 5200 SW 72 Ave Miami FL 33155 | customer redemption ECF 49 | 1229-000 | $1,000.00 | | $13,064.82 |
| 02/16/12 | 10 | Jimmy Mitchell 5200 SW 72 Ave Miami FL 33155 | customer redemption ECF 49 | 1229-000 | $1,000.00 | | $14,064.82 |
| 02/16/12 | 10 | Robert Taquechel 925 Roderigo Ave Coral Gables FL 33134 | customer redemption ECF 49 | 1229-000 | $200.00 | | $14,264.82 |
| 02/16/12 | 10 | Michael Nord Cabinet Sales of N Florida Inc 7320 SW 201 Ave Dunnellon FL 34431 | customer redemption ECF 49 | 1229-000 | $100.00 | | $14,364.82 |
| 02/16/12 | 10 | Jesus Carames 16841 SW 147th Court Miami, FL 33187 | customer redemption ECF 49 | 1229-000 | $150.00 | | $14,514.82 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $14,514.82          $0.00

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-43632

Case Name: Durable Woodworks, Llc

Taxpayer ID No: XX-XXX6929

For Period Ending: 05/02/2014

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Capital One Bank

Account Number/CD#: XXXXXX7296

Money Market Account

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/16/12 | 10 | Roberto Valdes<br>6142 SW 158 Pass<br>Miami, FL 33193 | customer redemption<br>ECF 49 | 1229-000 | $50.00 | | $14,564.82 |
| 02/16/12 | 10 | Tom Knight<br>392 NE Julia Court<br>Jensen Beach, FL 34957 | customer redemption<br>ECF 49 | 1229-000 | $226.00 | | $14,790.82 |
| 02/16/12 | 10 | Tom Knight<br>392 NE Julia Court<br>Jensen Beach, FL 34957 | customer redemption<br>ECF 49 | 1229-000 | $1,000.00 | | $15,790.82 |
| 02/16/12 | 10 | Tom Knight<br>392 NE Julia Court<br>Jensen Beach, FL 34957 | customer redemption<br>ECF 49 | 1229-000 | $821.00 | | $16,611.82 |
| 02/16/12 | 10 | Tom Knight<br>392 NE Julia Court<br>Jensen Beach, FL 34957 | customer redemption<br>ECF 49 | 1229-000 | $1,000.00 | | $17,611.82 |
| 02/23/12 | 11 | Durable Woodworks, Llc<br>2323 N.W. 72ND AVE<br>MIAMI, FL  33122 | petty cash in desk drawer | 1229-000 | $8.88 | | $17,620.70 |
| 02/23/12 | 10 | Patricia Angeletti<br>5575 SW 77 Court, 108B<br>Miami, FL 33155 | customer redemption<br>ECF 49 | 1229-000 | $298.22 | | $17,918.92 |
| 02/23/12 | 10 | Patricia Angeletti<br>5575 SW 77 Court, 108B<br>Miami, FL 33155 | customer redemption<br>ECF 49 | 1229-000 | $500.00 | | $18,418.92 |
| 02/23/12 | 10 | Luis and Luisa Lopez<br>12760 SW 8 Court<br>Davie, FL 33325 | customer redemption<br>ECF 49 | 1229-000 | $500.00 | | $18,918.92 |
| 02/23/12 | 10 | Lewis Egert<br>c/o Jil-E Corp<br>2912 Helsinki Circle<br>Cooper City, FL 33026 | customer redemption<br>ECF 49 | 1229-000 | $249.11 | | $19,168.03 |
| 02/23/12 | 10 | Daniel Weiss<br>4101 Indian Creek Dr<br>Apt 503<br>Miami Beach, FL 33140 | customer redemption<br>ECF 49 | 1229-000 | $300.00 | | $19,468.03 |
| 02/23/12 | 10 | Steve Horowitz<br>2891 SW 69 Court<br>Miami, FL 33155 | customer redemption<br>ECF 49 | 1229-000 | $1,000.00 | | $20,468.03 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*    Page Subtotals:    $5,953.21    $0.00

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-43632

Case Name: Durable Woodworks, Llc

Taxpayer ID No: XX-XXX6929

For Period Ending: 05/02/2014

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Capital One Bank

Account Number/CD#: XXXXXX7296

Money Market Account

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/12 | 10 | Felipe Benitez 580 Brickell Key Dr, Apt 1800 Miami, FL 33131 | customer redemption ECF 49 | 1229-000 | $1,200.00 | | $21,668.03 |
| 02/23/12 | 10 | Tom Knight 392 NE Julia Court Jensen Beach, FL 34957 | customer redemption ECF 49 | 1229-000 | $821.00 | | $22,489.03 |
| 02/23/12 | 10 | Tom Knight 392 NE Julia Court Jensen Beach, FL 34957 | customer redemption ECF 49 | 1229-000 | $1,000.00 | | $23,489.03 |
| 02/23/12 | 10 | Tom Knight 392 NE Julia Court Jensen Beach, FL 34957 | customer redemption ECF 49 | 1229-000 | $1,000.00 | | $24,489.03 |
| 03/15/12 | | Moecker Auctions, Inc. 3613 North 29th Ave Hollywood, FL 33020 | Auction Proceeds Also includes sale of the following assets: #3: $1,500 #4: $1,850 #5: $9,000 #6 - $2,500 ECF 49 | | $726,729.19 | | $751,218.22 |
| | | | Gross Receipts          $726,729.19 | | | | |
| | 3 | | Chevrolet Express          $1,500.00 | 1129-000 | | | |
| | 4 | | 2004 Dodge Neon          $1,850.00 | 1129-000 | | | |
| | 5 | | Isuzu Diesel Truck          $9,000.00 | 1129-000 | | | |
| | 6 | | Computers, Printers, Furnishings, Software And Supplies          $2,500.00 | 1129-000 | | | |
| | 7 | | Machinery: Grinder, Balers, Molder, Stopsaw, Conveyor Sander          $711,879.19 | 1129-000 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-43632

Case Name: Durable Woodworks, Llc

Taxpayer ID No: XX-XXX6929

For Period Ending: 05/02/2014

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Capital One Bank

Account Number/CD#: XXXXXX7296

Money Market Account

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/12 | 101 | Tcf Equipment Finance, Inc<br>11100 Wayzata Blvd., Suite 801<br>Monnetonka, Minnesota 55305 | Proceeds from sale of estate assets<br>Per ECF #49<br>Release paid reduced by creditor at auction<br>total sale price for all of collateral: $88,875; lower than the release price. (See ECF #90)<br>At auction TCF agreed to take less than its release price. 10% surcharge split 50% to Moecker; 50% to Estate per ECF #49 | 4210-000 | | $79,987.50 | $671,230.72 |
| 03/26/12 | 102 | Moecker Auctions<br>3613 North 29th Avenue<br>Hollywood, FL 33020 | Administrative Expense<br>Per Court Order ECF #90 and ECF#49<br>(a) Buyer's Premium $65,972.55<br>(b) Sales tax remittance $7,055.64 (amounts actually paid by purchasers to be remitted to State by Moecker) | 3610-002 | | $73,028.19 | $598,202.53 |
| 03/26/12 | 103 | Moecker Auctions<br>3613 North 29th Avenue<br>Hollywood, FL 33020 | 50% commissions on sale of TCF Collateral<br>Per ECF #49<br>Release paid reduced by creditor at auction<br>total sale price for all of collateral: $88,875; lower than the release price. (See ECF #90)<br>At auction TCF agreed to take less than its release price. 10% surcharge split 50% to Moecker; 50% to Estate per ECF #49urt<br>Order ECF #49 | 6610-000 | | $4,443.75 | $593,758.78 |
| 03/27/12 | 104 | Susquehanna<br>2 Country View Rd<br>#300<br>Malvern, Pa 19355 | Proceeds from sale of estate assets<br>Per Court Order ECF #93<br>Collateral Sold at Auction | 4210-000 | | $22,230.00 | $571,528.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*        Page Subtotals:        $0.00        $179,689.44

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-43632

Case Name: Durable Woodworks, Llc

Taxpayer ID No: XX-XXX6929

For Period Ending: 05/02/2014

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Capital One Bank

Account Number/CD#: XXXXXX7296

Money Market Account

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/12 | 105 | PNC Equipment Lease<br>995 Dalton Ave<br>Cincinnati, OH 45203 | Proceeds from sale of estate assets<br>Per Court Order ECF #93<br>Sale of Equipment | 4210-000 | | $82,350.00 | $489,178.78 |
| 03/27/12 | 106 | Isuzu Finance of America<br>Attn: Account Receivable<br>3020 Westchester Ave, Suite 203 | Proceeds from sale of estate assets<br>Per Court Order ECF #93<br>Sale of 2005 Isuzu NPR | 4210-003 | | $7,317.68 | $481,861.10 |
| 03/29/12 | 107 | William Zapantis<br>8912 NW 150 Terrace<br>Miami, FL 33018 | Administrative Expense<br>Per Court Order ECF #74 | 2990-000 | | $3,500.00 | $478,361.10 |
| 03/29/12 | 108 | FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | Administrative Expense<br>Account Number: 21350-12371<br>Per Court Order ECF #72 | 2420-000 | | $3,371.46 | $474,989.64 |
| 03/30/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $18.27 | | $475,007.91 |
| 04/02/12 | | Transfer to Acct # xxxxxx3537 | Transfer of Funds | 9999-000 | | $350,000.00 | $125,007.91 |
| 04/07/12 | INT | Capital One Bank | Interest<br>2/29/12 final interest posting | 1270-000 | $0.76 | | $125,008.67 |
| 04/11/12 | 109 | Isuzu Finance of America, Inc.<br>c/o Carol O'Donnell<br>3020 Westchester Ave. Suite 203<br>Purchase, NY 10577 | Proceeds from sale of estate assets<br>Per Court Order ECF #93<br>Sale of Isuzu NPR | 4210-000 | | $7,317.68 | $117,690.99 |
| 04/20/12 | 12 | Dale Gardner Jacobs, P.A.<br>PO Box 2537<br>Lakeland, FL 33806-2537 | Preference Demand Payment<br>Payment made pursuant to demand letter | 1241-000 | $2,105.54 | | $119,796.53 |
| 04/20/12 | 12 | Heritage Forest Products, Inc.<br>PO Box 2460<br>Deland, FL 32721 | Preference Demand Payment<br>Payment made pursuant to demand letter | 1241-000 | $1,540.75 | | $121,337.28 |
| 04/20/12 | 12 | Talieson Advisory Corp<br>9655 South Dixie Highway, Suite 101<br>Pinecrest, FL 33156 | Preference Settlement<br>ECF #124 | 1241-000 | $4,087.50 | | $125,424.78 |
| 04/26/12 | 106 | Isuzu Finance of America<br>Attn: Account Receivable<br>3020 Westchester Ave, Suite 203 | Proceeds from sale of estate assets Reversal<br>Void payment due to wrong mailing address - replacement check issued #109. | 4210-003 | | ($7,317.68) | $132,742.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*        Page Subtotals:        $7,752.82        $446,539.14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-43632
Case Name: Durable Woodworks, Llc

Taxpayer ID No: XX-XXX6929
For Period Ending: 05/02/2014

Trustee Name: Jacqueline Calderin, Trustee
Bank Name: Capital One Bank
Account Number/CD#: XXXXXX7296
Money Market Account
Blanket Bond (per case limit): $123,797,500.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $9.85 | | $132,752.31 |
| 05/01/12 | 12 | Sherwin-Williams Company PO Box 6870 Cleveland, OH 44101 | Preference Settlement ECF #113 | 1241-000 | $20,000.00 | | $152,752.31 |
| 05/18/12 | 12 | Richelieu America 7900 Blv. Henri-Bourassa Ouest Saint-Laurent, Qc H4S 1V4 | Preference Settlement Turnover pursuant to demand letter | 1241-000 | $2,708.58 | | $155,460.89 |
| 05/31/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $10.28 | | $155,471.17 |
| 06/29/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $10.20 | | $155,481.37 |
| 07/31/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $10.54 | | $155,491.91 |
| 08/31/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $10.54 | | $155,502.45 |
| 09/28/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $10.20 | | $155,512.65 |
| 10/31/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $10.54 | | $155,523.19 |
| 11/30/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $10.20 | | $155,533.39 |
| 12/31/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $10.54 | | $155,543.93 |
| 01/31/13 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $10.23 | | $155,554.16 |
| 02/01/13 | | Transfer to Acct # xxxxxx7424 | Transfer of Funds | 9999-000 | | $155,554.16 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $781,782.74 | $781,782.74 |
| Less: Bank Transfers/CD's | $0.00 | $505,554.16 |
| Subtotal | $781,782.74 | $276,228.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Page Subtotals:                                    $22,811.70        $155,554.16

Net     $781,782.74          $276,228.58

Exhibit B

Page Subtotals:                    $0.00              $0.00

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-43632

Case Name: Durable Woodworks, Llc

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Capital One Bank

Account Number/CD#: XXXXXX3537

Checking

Taxpayer ID No: XX-XXX6929

For Period Ending: 05/02/2014

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/02/12 | | Transfer from Acct # xxxxxx7296 | Transfer of Funds | 9999-000 | $350,000.00 | | $350,000.00 |
| 04/03/12 | INT | Capital One Bank | Interest | 1270-000 | $0.96 | | $350,000.96 |
| 04/09/12 | 101 | Dade Paper & Bag, Co. c/o Joan Levit, Esq. Akerman Senterfitt 350 E. Las Olas Blvd, Suite 1600 Ft. Lauderdale, FL 33301 | Administrative Claim Pursuant to Court Order ECF 104 | 2410-000 | | $105,000.00 | $245,000.96 |
| 04/27/12 | 102 | Ehrenstein Charbonneau Calderin 501 Brickell Key Dr, Suite 300 Miami, FL 33131 | ECC Fees - 1st Interim Fee App First Interim Fee Award 12/9/11 - 2/29/12 Per Court Order ECF 118 entered on 5/1/12. | 3110-000 | | $46,111.20 | $198,889.76 |
| 04/27/12 | 103 | Ehrenstein Charbonneau Calderin 501 Brickell Key Dr, Suite 300 Miami, FL 33131 | ECC Costs - 1st Interim Fee App Costs from 1st Interim Fee App 12/9/11 - 2/29/12 Per Court Order ECF # 118 entered on 5/1/12. | 3120-000 | | $3,192.41 | $195,697.35 |
| 04/27/12 | 104 | Moecker Auctions 3613 North 29th Avenue Hollywood, FL 33020 | Auctioneer's Costs Actual Costs from auction held 2/21/12. Per Court Order ECF # 119 on 5/1/12. | 3620-000 | | $54,549.22 | $141,148.13 |
| 04/27/12 | 105 | Barry E. Mukamal Marcum, LLP One SE Third Avenue, Tenth Floor Miami, FL 33131 | Payment of Fees to Professional - Accountant Fees - First Interim Fee App Per Court Order ECF # 116 on 4/30/12. | 3410-000 | | $21,356.00 | $119,792.13 |
| 04/27/12 | 106 | Barry E. Mukamal One SE Third Ave, 10th Floor Miami, FL 33131 | Administrative Expense Payment of Costs: 1st Interim Fee App Per Court Order ECF # 116 on 4/30/12. | 3420-000 | | $1,694.05 | $118,098.08 |
| 04/28/12 | 107 | FPL General Mail Facility Miami, FL 33188-0001 | Utility Bill Acct 21350-12371 Final Bill per Court Order ECF #72 on 3/9/12. March 9, 2012 | 2420-000 | | $2,293.84 | $115,804.24 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Page Subtotals: $350,000.96    $234,196.72

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-43632

Case Name: Durable Woodworks, Llc

Taxpayer ID No: XX-XXX6929

For Period Ending: 05/02/2014

Trustee Name: Jacqueline Calderin, Trustee

Bank Name: Capital One Bank

Account Number/CD#: XXXXXX3537

Checking

Blanket Bond (per case limit): $123,797,500.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/12 | 108 | Ehrenstein Charbonneau Calderin 501 Brickell Key Drive, Suite 300 Miami, Florida 33131 | ECC Fees - Second Interim Fee App Representing 80% of the fees requested - Per Court Order ECF # 133 | 3110-000 | | $28,209.60 | $87,594.64 |
| 10/31/12 | 109 | Ehrenstein Charbonneau Calderin 501 Brickell Key Drive, Suite 300 Miami, Florida 33131 | ECC Expenses - Second Interim Fee App Representing 100% of expenses requested - Per Court Order ECF # 133 entered on 10/31/12 | 3120-000 | | $6,744.52 | $80,850.12 |
| 01/24/13 | 110 | Barry E. Mukamal Marcum LLP 1 S.E. 3rd Ave., 9th Floor Miami, Florida 33131 | Administrative Expense Reversal Incorrect Address | 3410-003 | | ($11,630.00) | $92,480.12 |
| 01/24/13 | 110 | Barry E. Mukamal Marcum LLP 1 S.E. 3rd Ave., 9th Floor Miami, Florida 33131 | Administrative Expense Payment of Fees: Second Interim Fee App Per Court Order ECF # 131 | 3410-003 | | $11,630.00 | $80,850.12 |
| 01/24/13 | 111 | Barry E. Mukamal Marcum LLP One SE Third Avenue Tenth Floor Miami, FL 33131 | Administrative Expense Payment of costs: Second Interim Fee App Per Court Order ECF # 131 | 3420-000 | | $1,594.86 | $79,255.26 |
| 01/24/13 | 112 | Barry E. Mukamal One SE Third Avenue, Tenth Floor Miami, Florida 33131 | Administrative Expense Payment of fees: Second Interim Fee App Per Court Order ECF # 131 | 3410-000 | | $11,630.00 | $67,625.26 |
| 02/01/13 | | Transfer to Acct # xxxxxx7424 | Transfer of Funds | 9999-000 | | $67,625.26 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $350,000.96 | $350,000.96 |
| Less: Bank Transfers/CD's | | $350,000.00 | $67,625.26 |
| Subtotal | | $0.96 | $282,375.70 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.96 | $282,375.70 |

Page Subtotals: $0.00    $115,804.24

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3537 - Checking | $0.96 | $282,375.70 | $0.00 |
| XXXXXX7296 - Money Market Account | $781,782.74 | $276,228.58 | $0.00 |
| XXXXXX7424 - Checking | $27,250.00 | $16,193.01 | $234,236.41 |
| | $809,033.70 | $574,797.29 | $234,236.41 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $809,033.70 |
| Total Gross Receipts: | $809,033.70 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43632-RAM

Debtor Name: Durable Woodworks, Llc

Claims Bar Date: 4/16/2012

Date: May 2, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>80<br>4800 | Miami-Dade County Tax Collector<br>Paralegal Unit<br>140 West Flagler St. #1403<br>Miami, Fl 33130-1569 | Secured | | $0.00 | $31,972.29 | $31,972.29 |
| 100<br>2100 | Jacqueline Calderin<br>247 SW 8 Street, #880<br>Miami, FL 33130 | Administrative | | $0.00 | $40,050.28 | $40,050.28 |
| 100<br>2200 | Jacqueline Calderin<br>247 SW 8 Street, #880<br>Miami, FL 33130 | Administrative | | $0.00 | $537.75 | $537.75 |
| 100<br>3110 | Ehrenstein Charbonneau Calderin<br>501 Brickell Key Dr<br>Suite 300<br>Miami, FL 33131 | Administrative | | $0.00 | $122,928.50 | $122,928.50 |
| 100<br>3120 | Ehrenstein Charbonneau Calderin<br>501 Brickell Key Dr<br>Suite 300<br>Miami, FL 33131 | Administrative | | $0.00 | $11,899.62 | $11,899.62 |
| 100<br>3410 | Barry E. Mukamal<br>One SE Third Ave, 10th floor<br>Miami, FL 33131 | Administrative | | $0.00 | $58,334.50 | $58,334.50 |
| 100<br>3420 | Barry E. Mukamal<br>One SE Third Ave, 10th floor<br>Miami, FL 33131 | Administrative | | $0.00 | $5,026.59 | $5,026.59 |
| 100<br>3620 | Moecker Auctions | Administrative | | $0.00 | $0.00 | $54,549.22 |
| 13<br>230<br>5300 | Zahily Santamarina<br>6055 W 19 Ave #404<br>Hialeah Fl 33012 | Priority | | $0.00 | $384.00 | $384.00 |

Page 1

Printed: May 2, 2014

**UST Form 101-7-TFR (5/1/2011)** *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43632-RAM
Debtor Name: Durable Woodworks, Llc
Claims Bar Date: 4/16/2012

Date: May 2, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14 230 5300 | Fernando Rodriguez 9725 Nw 52 St #313 Doral Fl 33178 | Priority | | $0.00 | $1,616.00 | $1,616.00 |
| 17 230 5300 | Fredy Figeroa 1105 W Okeechobee Rd #22 Hialeah Fl 33010 | Priority | | $0.00 | $855.00 | $855.00 |
| 18 230 5300 | Yemima Perez 1105 W Okeechobee Rd #22 Hialeah Fl 33010 | Priority | | $0.00 | $427.50 | $427.50 |
| 19 230 5300 | Mariela Betancourt 324 E 12 St Hialeah Fl 33010 | Priority | | $0.00 | $420.00 | $420.00 |
| 22 230 5300 | Yosmany Gato 315 W 63 St Hialeah, Fl 33012 | Priority | | $0.00 | $686.00 | $686.00 |
| 23 230 5300 | Leslie O. Gomez 17844 Sw 10Th Ct Pembroke Pines, Fl 33029 | Priority | | $0.00 | $952.00 | $952.00 |
| 24 230 5300 | Hermosa Fonseca 45 West 10Th St #3 Hialeah Fl 33010 | Priority | | $0.00 | $504.00 | $504.00 |
| 26 230 5300 | Juan M. Gonzalez 3130 Nw 58 St Miami, Fl 33142 | Priority | | $0.00 | $644.00 | $644.00 |
| 27 230 5300 | Hector E. Barreto Gonzalez 261 Nw 52Nd Ave Miami Fl 33126 | Priority | | $0.00 | $969.00 | $969.00 |

Printed: May 2, 2014

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43632-RAM                                                                        Date: May 2, 2014
Debtor Name: Durable Woodworks, Llc
Claims Bar Date: 4/16/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 32 230 5300 | Mayelin Ramirez 4001 Nw 201 St Miami Gardens, Fl 33055 | Priority | | $0.00 | $420.00 | $420.00 |
| 35 230 5300 | Ramon Albarino 20 W 6 St #208 Hialeah, Fl 33010 | Priority | | $0.00 | $370.00 | $370.00 |
| 41 230 5300 | Pedro Rivera 56 Nw 117 St Miami, Fl 33168 | Priority | | $0.00 | $580.00 | $580.00 |
| 44 230 5300 | Noel Figueroa 5271 Nw 4Th Terrace Miami, Fl 33126 | Priority | | $0.00 | $598.50 | $598.50 |
| 45 230 5300 | Javier Perez 1315 W 30Th St Hialeah, Fl 33012 | Priority | | $0.00 | $672.00 | $672.00 |
| 47 230 5300 | Philippe Preval 17560 Sw 138Th Crt Miami, Fl 33177 | Priority | | $0.00 | $896.43 | $896.43 |
| 48 230 5300 | Americo Castellanos 11191 Sw 26Th St Davie, Fl 33324 | Priority | | $0.00 | $1,920.00 | $1,920.00 |
| 51 230 5300 | Madelyn Mateo 7800 Ne Bayshore Ct #1 Miami Fl 33138 | Priority | | $0.00 | $981.75 | $981.75 |
| 53 230 5300 | Jose D Lugo 421 Se 7Th Ave Hialeah Fl 33010 | Priority | | $0.00 | $410.00 | $410.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43632-RAM
Debtor Name: Durable Woodworks, Llc
Claims Bar Date: 4/16/2012

Date: May 2, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 59<br>230<br>5300 | Nahun Acosta<br>461 Sw 9 St<br>Miami, Fl 33130 | Priority | | $0.00 | $1,152.00 | $1,152.00 |
| 6<br>260<br>5600 | Bruce Brosh<br>6550 Sw 127Th St<br>Pinecrest Fl 33156 | Priority | | $0.00 | $4,820.68 | $2,600.00 |
| 7<br>260<br>5600 | Roberto Taquechel<br>925 Roderigo Ave<br>Coral Gables Fl 33134 | Priority | | $0.00 | $2,600.00 | $2,600.00 |
| 43<br>260<br>5600 | Cabinet Sales Of N Florida Inc<br>7320 Sw 201 Ave<br>Dunnellon Fl 34431 | Priority | | $0.00 | $339.84 | $339.84 |
| 55<br>260<br>5600 | Sandra Carlson<br>1450 Ne 102 St<br>Miami Fl 33138 | Priority | | $0.00 | $587.77 | $587.77 |
| 62<br>260<br>5600 | Alfredo Perez<br>9651 Nw 45 St<br>Miami Fl 33178 | Priority | | $0.00 | $1,588.55 | $1,588.55 |
| 63<br>260<br>5600 | Felix Garcia<br>4235 Cremona Dr<br>Sebring Fl 33872 | Priority | | $0.00 | $1,050.00 | $1,050.00 |
| 71<br>260<br>5600 | Jean Emmanuel Dorvil<br>19430 West Oakmont Dr<br>Hialeah Fl 33015 | Priority | | $0.00 | $1,832.00 | $1,832.00 |
| 74<br>260<br>5600 | Carlos Grosso<br>9761 Kendale Blvd.<br>Miami, Fl 33176 | Priority | | $0.00 | $1,200.00 | $1,200.00 |

Printed: May 2, 2014

UST Form 101-7-TFR (5/1/2011) *(Page: 21)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43632-RAM

Debtor Name: Durable Woodworks, Llc

Claims Bar Date: 4/16/2012

Date: May 2, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | Heritage Forest Products, Inc. P.O. Box 2460 Deland, Fl 32721 | Unsecured | | $0.00 | $30,860.94 | $30,860.94 |
| 2 300 7100 | Fpl - Bankruptcy Dept 9250 W Flagler St Miami, Fl 33174 | Unsecured | | $0.00 | $310.69 | $310.69 |
| 4 300 7100 | Rudy Gonzalez 7040 E Troon Circle Miami Lakes Fl 33014 | Unsecured | | $0.00 | $550.00 | $250.00 |
| 5 300 7100 | Susquehanna 2 Country View Rd #300 Malvern, Pa 19355 | Unsecured | | $0.00 | $30,677.40 | $30,677.40 |
| 6 300 7100 | Bruce Brosh 6550 Sw 127Th St Pinecrest Fl 33156 | Unsecured | | $0.00 | $4,820.68 | $2,220.68 |
| 7 300 7100 | Roberto Taquechel 925 Roderigo Ave Coral Gables Fl 33134 | Unsecured | | $0.00 | $7,500.00 | $7,500.00 |
| 9 300 7100 | J & F Cabinets 9901 Nw 25 Terr Miami Fl 33172 | Unsecured | | $0.00 | $2,681.86 | $2,681.86 |
| 10 300 7100 | Tcf Equipment Finance, Inc 11100 Wayzata Blvd., Suite 801 Monnetonka, Minnesota 55305 | Unsecured | | $0.00 | $208,995.27 | $208,995.27 |
| 11 300 7100 | Tmc Import & Export Llc 8400 Nw 58 St Miami Fl 33166 | Unsecured | | $0.00 | $20,040.26 | $20,040.26 |

Printed: May 2, 2014

UST Form 101-7-TFR (5/1/2011) *(Page: 22)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43632-RAM
Debtor Name: Durable Woodworks, Llc
Claims Bar Date: 4/16/2012

Date: May 2, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16 300 7100 | Madai Herrera 6330 Nw 114 St Hialeah Fl 33012 | Unsecured | | $0.00 | $300.00 | $300.00 |
| 25 300 7100 | Johnny Diaz 7810 W 10Th Ave Hialeah, Fl 33014 | Unsecured | | $0.00 | $720.00 | $720.00 |
| 28 300 7100 | Josephine And Raymond Ballotta C/O Jeffrey R Eisensmith 5561 N University Dr #103 Coral Springs Fl 33067 | Unsecured | | $0.00 | $22,114.02 | $22,114.02 |
| 29 300 7100 | American Express Bank Fsb C/O Becket And Lee Llp Pob 3001 Malvern Pa 19355-0701 | Unsecured | | $0.00 | $179.51 | $179.51 |
| 30 300 7100 | Yuri Bacallao 5350 Nw 199Th Rd Lot #264 Miami Gardens Fl 33055 | Unsecured | | $0.00 | $85.43 | $85.43 |
| 31 300 7100 | Javier Perez 1315 W 30Th St Hialeah, Fl 33012 | Unsecured | | $0.00 | $672.00 | $672.00 |
| 33 300 7100 | Michel Hernandez 60 E 3 St Apt 903 Hialeah, Fl 33010 | Unsecured | | $0.00 | $532.00 | $532.00 |
| 36 300 7100 | Roberto Valdez 6142 Sw 158 Pass Miami, Fl 33193 | Unsecured | | $0.00 | $300.00 | $300.00 |
| 38 300 7100 | Luis Gomez 1110 Nw 8 Terr Cape Coral Fl 33993 | Unsecured | | $0.00 | $610.00 | $610.00 |

Page 6

Printed: May 2, 2014

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43632-RAM                                                              Date: May 2, 2014
Debtor Name: Durable Woodworks, Llc
Claims Bar Date: 4/16/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 39 300 7100 | Milan J. Conde 1815 W 56 St Hialeah, Fl 33012 | Unsecured | | $0.00 | $960.00 | $960.00 |
| 42 300 7100 | Jesus & Evelyn Carames 16841 Sw 147 Ct Miami, Fl 33187 | Unsecured | | $0.00 | $6,323.05 | $6,323.05 |
| 46 300 7100 | Black & Decker Inc 701 East Joppa Road Towson Md 21286 | Unsecured | | $0.00 | $1,125.91 | $1,125.91 |
| 49 300 7100 | Sandra Tejera 8935 Nw 164 St Miami Lakes Fl 33018 | Unsecured | | $0.00 | $500.00 | $500.00 |
| 50 300 7100 | Genevieve Prado 443 Sw 4Th Ave Apt #1 Miami, Fl 33130 | Unsecured | | $0.00 | $1,072.73 | $1,072.73 |
| 54 300 7100 | Halkitchen International Inc Ted Platon 7500 Nw 41St St Miami, Fl 33166 | Unsecured | | $0.00 | $3,355.68 | $2,010.67 |
| 56 300 7100 | Absolute Home Remodeling 924 Se 16Th Pl Deerfield Beach, Fl 33441 | Unsecured | | $0.00 | $3,000.00 | $3,000.00 |
| 57 300 7100 | Ness Investments Charles Ness 27340 S Dixie Hwy Homestead, Fl 33032 | Unsecured | | $0.00 | $2,500.00 | $2,500.00 |
| 60 300 7100 | Douglas Bacallao 2616 W 74 Terr Hialeah Fl 33016 | Unsecured | | $0.00 | $3,000.00 | $3,000.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 24)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43632-RAM
Debtor Name: Durable Woodworks, Llc
Claims Bar Date: 4/16/2012

Date: May 2, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 61<br>300<br>7100 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Pob 3001<br>Malvern Pa 19355-0701 | Unsecured | | $0.00 | $2,338.53 | $2,338.53 |
| 64<br>300<br>7100 | Bridgefield Employer Insurance<br>Company<br>C/O Dale Gardner Jacobs<br>Po Box 2537<br>Lakeland Fl 33806 | Unsecured | | $0.00 | $24,900.81 | $24,900.81 |
| 65<br>300<br>7100 | Bridgefield Employer Insurance<br>Company<br>C/O Dale Gardner Jacobs<br>Po Box 2537<br>Lakeland Fl 33806 | Unsecured | | $0.00 | $4,456.13 | $4,456.13 |
| 66<br>300<br>7100 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, Nj 08054<br>Att: Bankruptcy Dept | Unsecured | | $0.00 | $1,946.12 | $1,946.12 |
| 67<br>300<br>7100 | Amana Tool<br>Coface North America Insurance<br>Company<br>50 Millstone Rd., Bldg. 100, Ste.<br>360<br>East Windsor, Nj 08520 | Unsecured | | $0.00 | $2,239.17 | $2,239.17 |
| 68<br>300<br>7100 | Dade Paper & Bag Co.<br>C/O Joan M. Levit, Esquire<br>Akerman Senterfitt<br>Las Olas Centre Ii - Ste. 1600<br>350 East Las Olas Blvd.<br>Fort Lauderdale, Florida 33301 | Unsecured | | $0.00 | $528,750.00 | $528,750.00 |
| 72<br>300<br>7100 | American Express Travel Related<br>Services Co Inc<br>C/O Becket And Lee Llp<br>Pob 3001<br>Malvern Pa 19355-0701 | Unsecured | | $0.00 | $9,148.29 | $9,148.29 |
| 76<br>300<br>7100 | The Sherwin-Williams Company<br>C/O Jeffrey N. Schatzman, Esq.<br>9990 S.W. 77Th Avenue<br>Penthouse 2<br>Miami, Fl 33156 | Unsecured | | $0.00 | $20,000.00 | $20,000.00 |
| 5<br>400<br>4110 | Susquehanna<br>2 Country View Rd<br>#300<br>Malvern, Pa 19355 | Secured | | $0.00 | $55,614.86 | $55,614.86 |

Printed: May 2, 2014

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-43632-RAM                                                                            Date: May 2, 2014
Debtor Name: Durable Woodworks, Llc
Claims Bar Date: 4/16/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 | Tcf Equipment Finance, Inc | Secured | | $0.00 | $122,000.00 | $122,000.00 |
| 400 | 11100 Wayzata Blvd., Suite 801 | | | | | |
| 4110 | Monnetonka, Minnesota 55305 | | | | | |
| 10 | Tcf Equipment Finance, Inc | Secured | | $0.00 | $122,000.00 | $122,000.00 |
| 400 | 11100 Wayzata Blvd., Suite 801 | | | | | |
| 4110 | Monnetonka, Minnesota 55305 | | | | | |
| | Case Totals | | | $0.00 | $1,547,407.89 | $1,595,491.42 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: May 2, 2014

**UST Form 101-7-TFR (5/1/2011)** *(Page: 26)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-43632-RAM
Case Name: Durable Woodworks, Llc
Trustee Name: Jacqueline Calderin, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Tcf Equipment Finance, Inc | $ | $ | $ | $ |
| 5 | Susquehanna | $ | $ | $ | $ |
| 8 | Miami-Dade County Tax Collector | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Jacqueline Calderin | $ | $ | $ |
| Trustee Expenses: Jacqueline Calderin | $ | $ | $ |
| Attorney for Trustee Fees: Ehrenstein Charbonneau Calderin | $ | $ | $ |
| Attorney for Trustee Expenses: Ehrenstein Charbonneau Calderin | $ | $ | $ |
| Accountant for Trustee Fees: Barry E. Mukamal | $ | $ | $ |
| Accountant for Trustee Expenses: Barry E. Mukamal | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Auctioneer Expenses: Moecker Auctions | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Zahily Santamarina | $ | $ | $ |
| 14 | Fernando Rodriguez | $ | $ | $ |
| 17 | Fredy Figeroa | $ | $ | $ |
| 18 | Yemima Perez | $ | $ | $ |
| 19 | Mariela Betancourt | $ | $ | $ |
| 22 | Yosmany Gato | $ | $ | $ |
| 23 | Leslie O. Gomez | $ | $ | $ |
| 24 | Hermosa Fonseca | $ | $ | $ |
| 26 | Juan M. Gonzalez | $ | $ | $ |
| 27 | Hector E. Barreto Gonzalez | $ | $ | $ |
| 32 | Mayelin Ramirez | $ | $ | $ |
| 35 | Ramon Albarino | $ | $ | $ |
| 41 | Pedro Rivera | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 44 | Noel Figueroa | $ | $ | $ |
| 45 | Javier Perez | $ | $ | $ |
| 47 | Philippe Preval | $ | $ | $ |
| 48 | Americo Castellanos | $ | $ | $ |
| 51 | Madelyn Mateo | $ | $ | $ |
| 53 | Jose D Lugo | $ | $ | $ |
| 59 | Nahun Acosta | $ | $ | $ |
| 6 | Bruce Brosh | $ | $ | $ |
| 7 | Roberto Taquechel | $ | $ | $ |
| 43 | Cabinet Sales Of N Florida Inc | $ | $ | $ |
| 55 | Sandra Carlson | $ | $ | $ |
| 62 | Alfredo Perez | $ | $ | $ |
| 63 | Felix Garcia | $ | $ | $ |
| 71 | Jean Emmanuel Dorvil | $ | $ | $ |
| 74 | Carlos Grosso | $ | $ | $ |
| auto | Florida Department of Revenue | $ | $ | $ |
| auto | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Heritage Forest Products, Inc. | $ | $ | $ |
| 2 | Fpl - Bankruptcy Dept | $ | $ | $ |
| 4 | Rudy Gonzalez | $ | $ | $ |
| 5 | Susquehanna | $ | $ | $ |
| 6 | Bruce Brosh | $ | $ | $ |
| 7 | Roberto Taquechel | $ | $ | $ |
| 9 | J & F Cabinets | $ | $ | $ |
| 10 | Tcf Equipment Finance, Inc | $ | $ | $ |
| 11 | Tmc Import & Export Llc | $ | $ | $ |
| 16 | Madai Herrera | $ | $ | $ |
| 25 | Johnny Diaz | $ | $ | $ |
| 28 | Josephine And Raymond Ballotta | $ | $ | $ |
| 29 | American Express Bank Fsb | $ | $ | $ |
| 30 | Yuri Bacallao | $ | $ | $ |
| 31 | Javier Perez | $ | $ | $ |
| 33 | Michel Hernandez | $ | $ | $ |
| 36 | Roberto Valdez | $ | $ | $ |
| 38 | Luis Gomez | $ | $ | $ |
| 39 | Milan J. Conde | $ | $ | $ |
| 42 | Jesus & Evelyn Carames | $ | $ | $ |
| 46 | Black & Decker Inc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 49 | Sandra Tejera | $ | $ | $ |
| 50 | Genevieve Prado | $ | $ | $ |
| 54 | Halkitchen International Inc | $ | $ | $ |
| 56 | Absolute Home Remodeling | $ | $ | $ |
| 57 | Ness Investments | $ | $ | $ |
| 60 | Douglas Bacallao | $ | $ | $ |
| 61 | American Express Bank Fsb | $ | $ | $ |
| 64 | Bridgefield Employer Insurance Company | $ | $ | $ |
| 65 | Bridgefield Employer Insurance Company | $ | $ | $ |
| 66 | Marlin Leasing Corporation | $ | $ | $ |
| 67 | Amana Tool | $ | $ | $ |
| 68 | Dade Paper & Bag Co. | $ | $ | $ |
| 72 | American Express Travel Related Services Co Inc | $ | $ | $ |
| 76 | The Sherwin-Williams Company | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE